No. 12–0148/AR.   U.S. v. James O. Morris.   CCA 20081169.   Appellant's motion to extend time to file a brief granted, *up to and including April 23, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 12–0245/AR.   U.S. v. Thomas A. Scott.   CCA 20091087.   Appellant's motion to extend time to file a brief granted, up to and including April 23, 2012, and absent extraordinary circumstances, no further extension of time will be granted in this case.